

Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky
Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

March 6, 2018

SUNLIFE FINANCIAL SERVICES CO., INC.
D/B/A SUNLIFE FINANCIAL
ONE SUN LIFE EXECUTIVE PARK
WELLESLEY HILLS, MA 02481

Received
MAR 1 2 2018
Law Department

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 18-CI-00021

COURT:  Circuit Court Clerk
        Todd County
        202 E. Washington St
        PO Box 337
        Elkton, KY 42220
        Phone: (270) 265-2343

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   (1) Your attorney, or
   (2) The attorney filing this suit whose name should appear on
       the last page of the complaint, or
   (3) The court or administrative agency in which the suit is filed
       at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

**EXHIBIT B**

Generated: 02/28/2018

| | | |
|---|---|---|
| AOC-S-105  Sum Code: CI<br>Rev. 7-99<br><br>**Commonwealth of Kentucky**<br>**Court of Justice**<br>**CR 4.02; Cr Official Form 1** | <br>**Civil Summons** | Case Number **18-CI-00021**<br>Court  CI<br>County  TODD |

*Plantiff,* JEFFREY B. TRAUGHBER, ADMIN,   VS. SUNLIFE FINANCIAL SERVIC, *Defendant*

SUNLIFE FINANCIAL SERVICES CO., INC,
D/B/A SUNLIFE FINANCIAL
ONE SUN LIFE EXECUTIVE PARK
WELLESLEY HILLS            MA    02481

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, J MARK COWHERD

By ____Tessa Fuller____, DC

Date: 02/27/2018

---

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
    To: _____

[ ] Not Served because: _____

Date: _____, 2____.                            _____
                                                             Served by

---

CI   18-CI-00021
JEFFREY B. TRAUGHBER, ADMIN,   VS. SUNLIFE FINANCIAL SERVIC



**EXHIBIT B**

COMMONWEALTH OF KENTUCKY
TODD CIRCUIT COURT
CASE NO. 18-CI-00021

JEFFREY B. TRAUGHBER as the Administrator of      PLAINTIFF
THE ESTATE OF ERIN SCHUTT

VS.

SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC.
d/b/a SUN LIFE FINANCIAL                          DEFENDANT

*Serve via Kentucky Secretary of State:*
**One Sun Life Executive Park**
**Wellesley Hills, MA 02481**

*Serve via Certified Mail:*
**CT Corporation System**
**306 W. Main Street, Suite 512**
**Frankfort, KY 40601**

## PLAINTIFF'S COMPLAINT

The Plaintiff, for his Complaint, states as follows:

1. The Plaintiff is the duly appointed and qualified Administrator of the Estate of Erin Schutt, Commonwealth of Kentucky, Todd District Court, 16-P-00055 as evidenced by Exhibit A. At the time of her death, Erin Schutt was a resident of Todd County, Kentucky.

2. The Defendant at all times herein mentioned, is and was a commercial insurance company licensed to do and doing business in the State of Kentucky and is subject to the jurisdiction of this Court.

3. This Court has jurisdiction pursuant to KRS 452.460 and venue is appropriate in this Court.

4. On December 26, 2015, Erin Schutt was driving a vehicle when an accident occurred which resulted in her death and the death of her passenger, Adam Schutt.

*FILED 2018 FEB 27 P 4:16 — MARK COWHERD, CLERK, TODD CIRCUIT/DISTRICT CT*

*Mark Cowherd, Clerk of the Circuit & District Courts, Todd County, KY certify this to be a true copy of the original record of this office WITNESS my hand and seal of office this 27th day of February, 2018. Signed, Mark Cowherd, Mark Cowherd, Clerk, Circuit & District Courts, Todd County, KY By: _____, D.C.*

**EXHIBIT B**

5. Pursuant to the insurance policy Erin Schutt had with the Defendant, and in compliance with KRS 304.12-230, otherwise known as the Unfair Claims Settlement Practices Act, the Defendant had duties to Erin Schutt as set forth in the statute. Pursuant to the terms of the policy, the Defendant was obligated to pay the Plaintiff an amount in excess of the minimal jurisdictional limits of this Court.

6. The Plaintiff timely made its claim pursuant to the policy. The Defendant denied the claim. The Defendant failed to comply with the requirements of the Unfair Claims Settlement Practices Act and is, therefore, in violation of said Act to the damage of the Plaintiff. The Defendant lacked a reasonable basis in law or fact for denying the Plaintiff's claim. The Defendant either knew there was no reasonable basis for denying the claim or acted with reckless disregard for whether such a basis existed.

7. As a proximate result of the aforementioned wrongful conduct of the Defendant, the Plaintiff has been damaged.

8. The Defendant's failure to adhere to the Unfair Claim Settlement Practices Act shows a willful and wanton disregard of the trust imputed to them constituting oppression, fraud, malice, and bad faith so as the Plaintiff is entitled to punitive damages.

9. The Defendant's actions are further in violation of KRS 367.170 and KRS 367.220, provisions of the Consumer Protection Act.

WHEREFORE, the Plaintiff demands:

(a) Judgment for compensatory damages in such amount as the proof may warrant;

(b) Judgment for punitive damages in such amount as the proof may warrant;

(c) Cost and attorney fees herein expended;

**EXHIBIT B**

(c) Trial by jury upon all issues so triable;

and,

(d) Such other and further relief to which the Plaintiff may appear entitled.

_____
Harold M. Johns
Mark D. Collins
Lora Lee Robey
Law Offices of Harold M. Johns
12 Public Square
P.O. Box 746
Elkton, Kentucky 42220
Telephone: 270-265-2912
Facsimile: 270-265-2054
Email: hmjohns@johnslawfirm.com
*Counsel for the Plaintiff*

## JURAT

The Petitioner has read the foregoing Petition and verily believes the allegations set forth therein are true to the best of his knowledge and belief.

_____
**Jeffrey B. Traughber**
**Administrator of the Estate of Erin Schutt**

STATE OF KENTUCKY  )
                   )
STATE AT LARGE     )

SUBSCRIBED and SWORN to before me by Jeffrey B. Traughber, this 27th day of February, 2018.

My Commission Expires: September 7, 2020

Kimberly M. Johnson
Notary Public

3

# EXHIBIT B

COMMONWEALTH OF KENTUCKY
TODD DISTRICT COURT
CASE NUMBER 16-P-00055

**ENTERED**
DEC - 4 2017
TODD CO CIRCUIT/DISTRICT CT.
BY: _____ D.C.

IN RE: THE ESTATE OF ERIN SCHUTT, DECEASED

## ORDER

THIS DATE came Jeffrey B. Traughber and filed an application requesting that he be substituted as Administrator of the Estate of Erin Schutt, deceased, and the Court having considered said application, and thereby being sufficiently advised, should and hereby does ORDER AND ADJUDGE that Jeffrey B. Traughber be and hereby is appointed and substituted as Administrator of the Estate of Erin Schutt, with surety on his fiduciary bond waived.

THEREUPON, the said Jeffrey B. Traughber, executed the aforesaid bond with no surety required thereon, which bond is approved by the Court and after taking the proper oath as Administrator Jeffrey B. Traughber is now the qualified and acting Administrator of the Estate of Erin Schutt, deceased.

ENTERED this ___4___ day of ___Dec___, 2017.

_____
KENNETH WILLIAMS, JUDGE
TODD DISTRICT COURT

Mark Cowherd, Clerk of the Circuit & District Courts Todd County, KY certify this to be a true copy of the original record of this office. WITNESS my hand and seal of office this ___4th___ day of ___December___, ___2017___

Signed: Mark Cowherd
Mark Cowherd, Clerk
Circuit & District Courts
Todd County, KY

By: _____, D.C.

**EXHIBIT A**

**EXHIBIT B**

neopost
03/06/2018
US POSTAGE $007.41
ZIP 40601
041M12250796
FIRST CLASS MAIL

7017 3380 0000 1607 5347

SUNLIFE FINANCIAL SERVICES CO., INC.
D/B/A SUNLIFE FINANCIAL
ONE SUN LIFE EXECUTIVE PARK
WELLESLEY HILLS, MA 02481



Kentucky
UNBRIDLED SPIRIT

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE

P.O. Box 718
Frankfort, Kentucky 40602-0718

REGISTER TO VOTE

**EXHIBIT B**