**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

| | |
|---|---|
| JEFFREY B. TRAUGHBER as administrator of THE ESTATE OF ERIN SCHUTT, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:18-cv-00036-GNS |
| SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC. d/b/a SUN LIFE FINANCIAL, ) ) ) ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Under Federal Rule of Civil Procedure 12(b)(6) and (d), Defendant, Sun Life Financial (U.S.) Services Company, Inc. ("Sun Life"), moves to dismiss Plaintiff's Complaint because it fails to state a claim upon which relief can be granted: (1) Plaintiff's state law claims are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, as amended ("ERISA"); (2) Plaintiff has failed to exhaust administrative remedies under the applicable ERISA plan and the deadline for doing so has expired; and, alternatively, (3) the Complaint fails to name an appropriate party defendant in order to sue for benefits under an ERISA-governed employee welfare benefit plan. Sun Life incorporates by reference its Memorandum in Support of its Motion to Dismiss or in the Alternative for Summary Judgment, the Declaration of Kevin Haarstick, and a proposed Order Granting Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Wherefore, Sun Life requests the Court to dismiss Plaintiff's Complaint because it fails to state a claim upon which relief can be granted.

Respectfully submitted,

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

s/ Kevin Roberts
Kevin Roberts, Ky. Bar No. 96835
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Email: kevin.roberts@ogletree.com
Attorney for Defendant

# CERTIFICATE OF SERVICE

I certify the foregoing was filed electronically on March 30, 2018, and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

> Harold M. Johns
> Mark D. Collins
> Lora Lee Robey
> hmjohns@johnslawfirm.com

I also certify that service was made on the following nonregistered ECF counsel of record by placing copies of the foregoing in envelopes properly addressed to them and with sufficient first-class postage prepaid:

> None

s/ Kevin Roberts
Kevin Roberts, Ky. Bar No. 96835
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Email: kevin.roberts@ogletree.com
Attorney for Defendant