# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **JEFFREY B. TRAUGHBER as the Administrator of THE ESTATE OF ERIN SCHUTT,** )<br>)<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v. ) | Case No. 1:18-cv-00036-GNS |
| ) | |
| **SUN LIFE FINANCIAL (U.S.) SERVICES COMPANY, INC. d/b/a SUN LIFE FINANCIAL,** )<br>)<br>)<br>) | |
| **Defendant.** ) | |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Comes the Plaintiff, by and through counsel, and moves the Court pursuant to FRCP 15 (a)(2), for Leave of Court to file the Plaintiff's First Amended Complaint naming Sun Life Assurance Company of Canada as Defendant and attached hereto.

This 2nd day of May, 2018.

s/ Harold M. Johns
Harold M. Johns
Lora Lee Robey
12 Public Square
Post Office Box 746
Elkton, Kentucky 42220
Telephone: 270-265-2912
Facsimile: 270-265-2054
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion was filed electronically on the 2nd day of May, 2018, and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Kevin Roberts, Ky. Bar No. 96835
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Email: kevin.roberts@ogletree.com

                                            s/ Harold M. Johns
                                            Harold M. Johns
                                            Lora Lee Robey
                                            *Attorneys for Plaintiff*