UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00036-GNS

JEFFREY B. TRAUGHBER
as the Administrator of
the Estate of Erin Schutt                                                                         PLAINTIFF

v.

SUN LIFE FINANCIAL (U.S.)
SERVICES COMPANY, INC.                                                                       DEFENDANT

## JUDGMENT

This matter is before the Court on Defendant's Motion to Dismiss for Failure to State a Claim, or in the alternative, for Partial Summary Judgment (DN 8), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

This is a final and appealable order. There is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

November 19, 2018

cc:     counsel of record